**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**WILLIAM HENRY PAIGE,**

      **Petitioner,**

**v.**                                               **Case No. 3:24-cv-366-LC-MJF**

**RICKY DIXON,**

      **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 11, 2024. ECF No. 7. Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, the Court concludes that it should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED** without prejudice for lack of jurisdiction.

3.      The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 11th day of October, 2024.


   s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**